# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDWARD SILIPENA, et al., | : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : | Civil Action No. 16-711 |
| v. | : | |
| | : | ORDER |
| AMERICAN PULVERIZER CO., et al., | : | |
| Defendants. | : | |
| | : | |

This matter having come before the Court on motion of Plaintiffs for Default Judgment as to all Defendants for Fraud Upon the Court and Sanctions Pursuant to Rule 37 (c) [Dkt. No. 181]; and the Court having considered the written submissions of the parties, as well as the arguments advanced during the hearing in this matter on October 29, 2020; and for the reasons stated on the record, which include an agreement for Defendants' to bear the cost of the additional discovery associated with re-deposing Christopher Antinora and Steven Merz and leave for the parties to amend expert reports as necessitated by the additional discovery;

IT IS on this 30th day of October, 2020 hereby

ORDERED that Plaintiffs' motion for Default Judgment as to all Defendants for Fraud Upon the Court and Sanctions Pursuant to Rule 37 (c) [Dkt. No. 181] is denied without prejudice.

/s /Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ,
United States District Judge